IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ARTURO R. GONZALEZ, Individually and as Representative of the Estate of Jean Maureen Gonzalez, Deceased, | § § § § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-15-2137 |
| McALLEN HOSPITALS, L.P. d/b/a EDINBURG REGIONAL MEDICAL CENTER, | § § § § § | |
| Defendant. | § | |

**TRANSFER ORDER**

This action was removed from the 398th Judicial District Court of Hidalgo County, Texas. 28 U.S.C. § 1446(a) states:

> A defendant . . . desiring to remove any civil action from a State court shall file in the district court of the United States for the district and division within which such action is pending a notice of removal . . .

Hidalgo County is part of the McAllen Division of the court. 28 U.S.C. § 124(b)(7). Because this action was removed to the wrong division, it is hereby **TRANSFERRED** to the McAllen Division of the court.

**SIGNED** at Houston, Texas, on this 28th day of July, 2015.

SIM LAKE
UNITED STATES DISTRICT JUDGE